**294**

■

**Joseph PARISH, Appellee,**

v.

**Martin HORN, Secretary Pennsylvania Department of Corrections and Donald T. Vaughn, Warden and S.C.I.— Graterford's Inmate Records Office Supervisor, Appellants.**

Supreme Court of Pennsylvania.

March 20, 2002.

Reconsideration Denied May 24, 2002.

*ORDER*

PER CURIAM.

**AND NOW,** this 20th day of March, 2002, the order of the Commonwealth Court is hereby AFFIRMED.